25-03

FILED 17 JUN '26 11:20 USDC-ORP

UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA**

**v.**

**RITHY HAM,**

**Defendant.**

**3:26-cr-00217-IM**

**INDICTMENT**

**18 U.S.C. §§ 1343, 1957**

**Forfeiture Allegations**

**UNDER SEAL**

**THE GRAND JURY CHARGES:**

**COUNTS 1 - 6**
**(Wire Fraud)**
**(18 U.S.C. § 1343)**

1. At all times relevant to this Indictment, **RITHY HAM (HAM)** was a resident of Vancouver, Wahington.

2. At all times relevant to this Indictment, Adult Victim 1 (AV1) was a resident of Portland, Oregon.

3. AV1 is the sole signatory on Fidelity Bank account ending in 1939.

4. AV1 is the sole signatory on OnPoint Community Credit Union account ending in 8048.

///

///

## SCHEME TO DEFRAUD

5. Between in or about September 2020 and continuing until in or about November 2024, in the District of Oregon and elsewhere, **HAM** devised a material scheme to defraud AV1 by means of materially false and fraudulent representations, as follows:

## MANNER AND MEANS OF THE SCHEME TO DEFRAUD

6. The material scheme to defraud operated, in substance, in the following manner:

7. As part of the scheme to defraud, **HAM** created and told AV1 about fictitious females (FF), FF1 and FF2, and convinced AV1 that FF1 and FF2 were real.

8. As part of the scheme to defraud, **HAM** misrepresented to AV1 that he met FF1 and FF2 in person; **HAM** told AV1 about purported conversations **HAM** had with FF1 and FF2 in person and via text message.

9. As part of the scheme to defraud, **HAM** communicated with AV1 via text message either as himself to provide information about AV1 and AV2 or posed as FF1 or FF2.

10. As part of the scheme to defraud, **HAM** used FF1 and FF2's fictitious personalities and engaged in romantic correspondence with AV1.

11. As part of the scheme to defraud, **HAM** made misrepresentations to AV1 about FF1 and FF2 in order to get money.

12. As part of the scheme to defraud, **HAM** misrepresented to AV1 that FF1 needed financial assistance for school.

13. As part of the scheme to defraud, **HAM** misrepresented to AV1 that FF2 inherited money and promised to use that money to partially reimburse AV1 for AV1's financial assistance.

14. As part of the scheme to defraud, **HAM** misrepresented to AV1 that FF1 was being sex trafficked and needed financial assistance to escape.

15. As part of the scheme to defraud, **HAM** misrepresented to AV1 that FF1 or FF2 needed financial assistance for living expenses.

16. Based on these material misrepresentations, AV1 sent **HAM** a total of $333,249.52 via check, wire transfer, cash, or electronic payment services.

## EXECUTION OF THE SCHEME TO DEFRAUD

17. On or about the dates set forth below in each Count, in the District of Oregon and elsewhere, defendant **HAM**, and others, known and unknown to the grand jury, for purposes of executing the above-described material scheme and artifice to defraud to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused the following to be transmitted by wire, radio, or television communication in interstate or foreign commerce:

| **Count** | **Date** | **Interstate Wire Transmission** |
|---|---|---|
| 1 | 11/15/2022 | ACH transfer of $4,579.70 from AV1's Fidelity Account ending 1939 to AV1's OnPoint Account ending in 8048 |
| 2 | 11/16/2022 | ACH transfer of $5,551.40 from AV1's Fidelity Account ending 1939 to AV1's OnPoint Account ending in 8048 |
| 3 | 11/17/2022 | ACH transfer of $5,002 from AV1's Fidelity Account ending in 1939 to AV1's OnPoint Account ending in 8048 |
| 4 | 11/23/2022 | ACH transfer of $9,922 from AV1's Fidelity Account ending in 1939 to AV1's OnPoint Account ending in 8048 |
| 5 | 3/8/2023 | ACH transfer of $20,992.00 from AV1's Fidelity Account ending in 1939 to AV1's OnPoint Account ending in 8048 |
| 6 | 1/12/2024 | ACH transfer of $3,280.00 from AV1's Fidelity Account ending in 1939 to AV1's OnPoint Account ending in 8048 |

All in violation of 18 U.S.C. § 1343.

**COUNT 7**
**(Money Laundering)**
**(18 U.S.C. § 1957)**

18. All prior paragraphs of this indictment are incorporated herein.

19. On or about November 29, 2022, in the District of Oregon and elsewhere, defendant **RITHY HAM** knowingly engaged in a monetary transaction by, through, and to a financial institution in and affecting interstate commerce in criminally derived property that was of a value greater than $10,000 and was derived from a specified unlawful activity, namely Wire Fraud, to wit a check for $18,500.

All in violation of 18 U.S.C. § 1957.

**FIRST FORFEITURE ALLEGATION**

20. Upon conviction of the offenses alleged in Counts 1 through 6 of this Indictment, defendant **RITHY HAM** shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

**SECOND FORFEITURE ALLEGATION**

21. Upon conviction of the offense alleged in Count 7 of this indictment, defendant **RITHY HAM** shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(1) any property, real or personal, involved in the offense and all property traceable to such property.

***

22. If the above-described forfeitable property, as a result of any act or omission of defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has ben substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty

it is the intent of the United States, pursuant to 21 U.S. C. § 853(p) as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: 16, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

MEREDITH D.M. BATEMAN, OSB #192273
Assistant United States Attorney